IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANE DOE, JOHN DOE, AND MELISSA
ANTHONY, on behalf of themselves and
others similarly situated,
    Plaintiffs

v.

MAGELLAN HEALTH SERVICES, INC.,
and MAGELLAN BEHAVIORAL HEALTH,
INC.,
    Defendants.

CIVIL NO. L-01-1786

B.S.W., T.A.W., D.P.L. AND C.H.W., on
behalf of themselves and all others similarly
situated,
    Plaintiffs,

v.

MAGELLAN HEALTH SERVICES, INC.,
and MAGELLAN BEHAVIORAL HEALTH,
INC.,
    Defendants.

## ORDER

Upon consideration of the unopposed Motion to Reopen Case and Dismiss Case Due to Discharge of Claim in Bankruptcy, the Court ORDERS that:

(i)     the Motion to Reopen Case [Docket No. 107] is GRANTED;

(ii)     the above-captioned action is hereby DISMISSED WITH PREJUDICE as against Jane Doe, John Doe, Melissa Anthony, B.S.W., T.A.W., D.P.L. and C.H.W.; and

(iii)     the Clerk is DIRECTED to CLOSE this case.

It is so ORDERED this 15TH day of November, 2004.

_____
Benson Everett Legg
Chief Judge

2